McMULLEN *v.* THE STATE.

ATKINSON, Justice. Where an extraordinary motion for new trial based upon newly discovered evidence is filed, and the State makes a counter-showing which contradicts the evidence upon which the motion is based, it is not an abuse of discretion for the trial judge to overrule the motion. *Morris* v. *State*, 177 *Ga.* 365 (170 S. E. 217), and cit.

*Judgment affirmed.    All the Justices concur.*

No. 15446.    MAY 9, 1946.    REHEARING DENIED JUNE 6, 1946.

*Charles Redman* and *Frank A. Bowers,* for plaintiff in error.
*Eugene Cook, Attorney-General, Frank B. Willingham, Solicitor-General,* and *C. E. Gregory Jr., Assistant Attorney-General,* contra.